UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JERRY WINGO                                                                                           PLAINTIFF

v.                              No. 6:18-CV-6082-RTD

NATIONAL CONGRESS OF EMPLOYERS
and UNIFIED LIFE INSURANCE COMPANY                       DEFENDANTS

## **ORDER**

Now before the Court is Plaintiff's Motion to Dismiss (ECF No. 17) seeking to dismiss this case with prejudice. Plaintiff represents that all issues have been resolved and that Defendants do not oppose the dismissal. The Court finds that dismissal on these terms is proper. IT IS THEREFORE ORDERED that the motion (ECF No. 17)) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 1st day of March 2019.

*/s/ Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE